# COURT OF APPEAL, FIRST CIRCUIT
# STATE OF LOUISIANA

RE:  Docket Number 2018-CA-0075

Florida Gas Transmission Company, LLC

- - Versus - -

Texas Brine Company, LLC

23rd Judicial District Court
Case #: 34316
Assumption Parish

Consolidated with the
following:

2018 - CA - 0241

Pontchartrain Natural Gas System, k/d/s Promix, L.L.C., and Acadian Gas Pipeline

- - Versus - -

Texas Brine Company, LLC

2018 - CA - 0796

Crosstex Energy Services, LP, Crosstex LIG, LLC and Crosstex Processing Services,

- - Versus - -

Texas Brine Company, LLC, et al

On Application for Rehearing filed on 07/15/2019 by Texas Brine Company

Rehearing _____**DENIED**_____

J. Michael McDonald

Toni Manning Higginbotham

William J. Crain  by JMM

Date **JUL 3 0 2019**

Rodd Naquin, Clerk